**FILED**
**U.S. District Court**
**District of Kansas**

04/18/2026

**Clerk, U.S. District Court**
**By: JRK Deputy Clerk**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Christopher Fountain )
                        )
_____ )
                        )
_____ )
(Enter above the full name of the Plaintiff(s) )
                        )
vs. CITY OF WICHITA,    )   Case Number _2:26-cv-2220-JWB-GEB_
Wichita Police Department )
Name                    )
211 E PAWNEE            )
Street and number       )
WIChita, KS 67211       )
City        State       ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff _Christopher Fountain_

      Address _566 D S OliVER_
      _WIChita, KS 67218_

      _____

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant WICHITA POLICE Department is

employed at 211 E PAWNEE

WICHITA, KS 67211

C.    Additional Defendants CITY OF WICHITA

_____

_____

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of Kansas.

2.    The first-named defendant above is either

a.  a citizen of the State of _____; or

b.  a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a.    a citizen of the State of _____; or

b.    a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.     (If applicable)  Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☐  1.     This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☒  2.     This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

☐  3.     Other grounds (specify and state any statute which gives rise to such
grounds):

_____

_____

_____

_____

III.     Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.   State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).   Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

First Amendment Violation - me The Wichita Police Retalitated against me for reporting a CRIME.

Unreasonable Seizure - The Wichita Police stole Gold and silver/ without Due process of LAW.

4th Amendment - WPD violated Plaintiffs civil Rights False Arrest by Lying in Police Incident Report./ As A Result, Plaintiff suffered / Malicious prosecution and loss of property including loss of Income

IV.     Relief: from Business. WPD - stalking, And terrorizing me because I AM A witness

(State briefly exactly what judgement or relief you want from the Court.  Do not make
legal arguments.)

3

CamScanner

The Wichita Kansas Police were engaging in patterns of harass-ing and stalking behaviors — This was taking place during the time that a criminal case was pending from a 12/29/24 Arrest against Plaintiff while a aggravated Attempted Robber Convicted in Sedgwick County

Raymundo Ziad, an illegal alien or possible, committed Road Rage against me over a Political Viewpoint sign on Plaintiffs truck. The WPD-Defendants, stalked me and pulled up behind my Semi truck, got out and exposed his genitals and began stroking himself. He threatened me of my Life

CamScanner

Prayer for Relief, Compensatory damages of, $2,500,000, Punitive damages to be determined by court, Reasonable attorney Fees,

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☑ No ☐

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☑ No ☐

VII. Do you claim punitive monetary damages? Yes ☑ No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Plaintiff seeks $2,500,000 in compensatory damages. Plaintiff suffered severe Emotional distress, loss of liberty, damage to my reputation, loss of business income, and a permanant loss of property as a result of the defendants actions. Plaintiff, was a victim of a Knife attack, The defendants, Wichita Police Department made false reports, in a Incident Report, and caused the Knife wielding assailant to return to throw a survival Knife at my head numerous times. He was never arrested and the defendants retaliated against plaintiff for reporting a crime! That caused a pre trial services woman to terrorize me when I was a victim. I have unrelated lawsuit against pre trial services woman, abby price.

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐    No ☒

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

The wichita Police Department are denying my request for Kora, kansas open Records act, and are not cooperating.

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Christopher Fountain*
Signature of Plaintiff

CHRIS Fountain
Name (Print or Type)

5660 S oliver
Address

5

CamScanner

Wichita, KS 67218

City          State          Zip Code

316-294-8938

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☑ Kansas City , or ☐ Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

*Chris Fountain*

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☑ Yes or ☐ No } 
(Select One)

*Chris Fountain*

Signature of Plaintiff

Dated: 4/18/26
(Rev. 10/15)

6