IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER FOUNTAIN,

      Plaintiff,

v.                                                                          Case No. 26-2220-JWB

CITY OF WICHITA and
WICHITA POLICE DEPARTMENT,

      Defendants.

### MEMORANDUM AND ORDER

This matter is before the court on Magistrate Judge Gwynne E. Birzer's Report and Recommendation ("R&R") recommending that the court dismiss this action without prejudice for failure to comply with the court's order. (Doc. 7.)  Plaintiff failed to object and the time to do so has passed.  For the reasons stated, the court ADOPTS the R&R and DISMISSES WITHOUT PREJUDICE for failure to timely pay the filing fee or file a proper application to proceed IFP.

On April 18, 2026, Christopher Fountain ("Plaintiff") filed a pro se complaint against the City of Wichita and the Wichita Police Department, alleging violations of 42 U.S.C. § 1983.  (Doc. 1.)  That same day, Plaintiff filed a motion to proceed in forma pauperis ("IFP").  (Doc. 3.)  Under 28 U.S.C. § 1915(a), "the commencement . . . of any suit . . . without prepayment of fees" may be done "by a person who submits an affidavit that includes a statement of all assets [showing] that the person is unable to pay such fees."  Plaintiff provided no such affidavit.  So, on April 29, the magistrate judge entered a show cause order giving Plaintiff ten days to file a financial affidavit. (Doc. 5.)  Plaintiff failed to comply.  Thus, the magistrate judge recommended denial of Plaintiff's IFP motion.  (Doc. 7.)  To date, Plaintiff has not paid the filing fee or filed an affidavit, disallowing the court from meaningfully comparing his monthly expenses with his monthly income.

1

Under Federal Rule of Civil Procedure 41(b), a court may dismiss an action if the plaintiff "fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b); *see Huggins v. Supreme Court of the U.S.*, 480 F. App'x 915, 916–17 (10th Cir. 2012) (Rule 41(b) has been "consistently interpreted . . . to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute"). Here, Plaintiff failed to comply with the magistrate judge's order and has wholly failed to prosecute his action. Accordingly, the court ADOPTS the R&R and DISMISSES WITHOUT PREJUDICE Plaintiff's complaint for failure to timely pay the filing fee, failure to file a proper application to proceed IFP, and failure to prosecute.

IT IS SO ORDERED. Dated this 22nd day of July, 2026.

_s/ John W. Broomes_____
JOHN W. BROOMES
CHIEF UNITED STATES DISTRICT JUDGE

2